United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JC, | No. C 09-0747 SBA (JL) |
| Plaintiff, | |
| v. | **NOTICE** |
| UAL CORPORATION, | |
| Defendants. | |
| _____/ | |

TO PARTIES AND COUNSEL OF RECORD:

The Court has received Defendant's Statement Regarding Discovery Dispute, e-filed at Docket # 47. The Court finds this matter inappropriate for decision on a separate statement. Defendant shall file a formal noticed motion to compel the discovery at issue.

IT IS SO ORDERED.

DATED: September 22, 2009

_____
JAMES LARSON
United States Magistrate Judge

C-09-0747 NOTICE