THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO, CA 94102

# CBD
## THE DOLAN LAW FIRM

(415) 421-2800 TEL
(415) 421-2830 FAX

December 9, 2009



*VIA E-FILING*

Honorable James Larson
Magistrate Judge
United States District Court
Northern District of California
Courtroom F - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: JC/SC v. UAL Corporation, et al.
         C 09-0747 SBA
         **Notice of Settlement Of Action and to Take Plaintiffs' Motion Off Calendar**

Dear Magistrate Judge Larson:

On Friday, December 4, 2009, the parties appeared before Chief Magistrate Judge Maria-Elena James for a Mandatory Settlement Conference. The parties were able to resolve this matter. (See Doc. 72 and 74.) Accordingly, Plaintiffs respectfully request their motion to quash noticed for December 16, 2009 be taken off calendar.

Respectfully submitted,

THE DOLAN LAW FIRM

/s/ Michael J. DePaul

Michael J. DePaul


MJD/dt

cc:    All Counsel (via ECF)
        Chamber's Copy (via fax)