UNITED STATES DISTRICT COURT

Northern District of California

J.C. and S.C.,

                Plaintiffs,                No. C 09-0747 SBA (MEJ)

  v.

UAL CORPORATION, et al.,            **ORDER RE: STATUS**

                Defendants.

_____/

On January 22, 2010, Plaintiff's counsel filed a Petition for Approval of Minor's Compromise. (Dkt. #77.) Counsel subsequently informed the Court by telephone that the parties would be filing a stipulation regarding the petition. However, nearly three months have now passed and no stipulation has been filed. Accordingly, the Court hereby ORDERS the parties to file a joint status report by April 28, 2010.

**IT IS SO ORDERED.**

Dated: April 20, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge