UNITED STATES DISTRICT COURT

Northern District of California

J.C., an individual, and as Guardian Ad Litem for her child, S.C., a minor,

        Plaintiffs,

  v.

UAL CORPORATION, et al.,

        Defendants.

_____/

No. C 09-0747 SBA (MEJ)

**ORDER SCHEDULING STATUS CONFERENCE**

    The Court is in receipt of the parties' statements regarding the status of the settlement in this case. (Dkt. ##80-82.) Upon review of the statements, the Court hereby ORDERS the parties to appear for a status conference on May 13, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. However, if the parties are able to file a stipulated petition for approval of the minor's compromise prior to May 13, the status conference shall be vacated.

    **IT IS SO ORDERED.**

Dated: April 29, 2010

                                                           _____
                                                           Maria-Elena James
                                                          Chief United States Magistrate Judge