UNITED STATES DISTRICT COURT

Northern District of California

JC,

                Plaintiff(s),

  v.

UAL CORPORATION, et al.

                Defendant(s).
_____/

No. C 09-0747 SBA (MEJ)

**ORDER RE: STATUS CONFERENCE**

**ORDER FOR PARTIES TO COMMUNICATE WITH THE COURT VIA FILED DOCUMENTS**

This matter is currently scheduled for a status conference on May 13, 2010 regarding the status of the parties' settlement agreement. However, since scheduling the conference, the Court has received several ex parte phone calls, ranging from a Defendant calling to say it has not been served with certain documents filed under seal that are relevant to the May 13 hearing, to the Plaintiff herself (not Plaintiff's counsel) calling to say she cannot attend the hearing and her counsel will not return her phone calls. Such calls are improper ex parte communications. Accordingly, the Court hereby ORDERS the parties to file written requests whenever they seek the Court's assistance. Further, Plaintiff's counsel is hereby ORDERED to (1) contact Plaintiff and, if necessary, file a request to continue the hearing by 3pm on Wednesday, May 12; and (2) serve all documents (other than settlement conference statements) that have not already been served upon the necessary Defendant(s). If any of the parties would like the Court to consider an ex parte matter, and the Court has not requested any such submissions, the requesting party shall file and serve a request for permission to submit the ex parte communication.

**IT IS SO ORDERED.**

Dated: May 11, 2010

                                                             _____
                                                             Maria-Elena James
                                                             Chief United States Magistrate Judge