Christopher B. Dolan (SBN 165358)
Michael J. DePaul (SBN 231641)
**THE DOLAN LAW FIRM**
The Dolan Building
1438 Market Street
San Francisco, CA  94102
Tel:  (415) 421-2800
Fax:  (415) 421-2830

Attorneys for Plaintiffs
J.C., an individual, and
as Guardian Ad Litem for S.C., a minor

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., an individual, and as Guardian Ad Litem for her child, S.C., a minor,<br><br>    Plaintiff,<br><br>v.<br><br>UAL CORPORATION, a Delaware corporation; UNITED AIR LINES, INC., a subsidiary of UAL CORPORATION and a Delaware corporation; JACKSON SENYONGA, an individual; and DOES 1 through 25, inclusive.<br><br>    Defendants. | Case No.:C 09-0747 SBA (MEJ)<br><br>**REQUEST FOR CONTINUANCE OF MAY 13, 2010 STATUS CONFERENCE**<br><br>Judge: Chief Magistrate Judge Maria Elena James |

A Status Conference regarding the status of the parties' settlement agreement in the above-captioned matter is currently set before the Court on May 13, 2010 at 18, 2010 at 9:00 a.m.

Pursuant to this Court's May 11, 2010 Order Re: Status Conference, Plaintiff's Counsel Michael DePaul contacted Plaintiff JC.  Plaintiff JC informed Mr. DePaul that due to an illness in her family she is unable to appear in Court on May 13, 2010.  Plaintiff JC therefore requests that the

1  Status Conference be continued.  Although Plaintiff JC is unable to appear at the Conference as
2  currently scheduled, Plaintiff's Counsel is ready and willing to attend the May 13, 2010 Status
3  Conference should the Court so order.

5  DATED: May 12, 2010                                **THE DOLAN LAW FIRM**
6                                                              //s//
7                                                        By: _____
8                                                        MICHAEL DEPAUL
9                                                        Attorneys for Plaintiff

11  The status conference is hereby CONTINUED to June 10, 2010 at 10:00 a.m. in Courtroom B.
12  **IT IS SO ORDERED.**

14  Dated: May 13, 2010

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
REQUEST FOR CONTINUANCE OF MAY 13, 2010 STATUS CONFERENCE
Case No.:C 09-0747 SBA (MEJ)

THE DOLAN LAW FIRM
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO, CA
94102
TEL: (415) 421-2800
FAX: (415) 421-2830