1   Richard G. Grotch, Esq. - SBN 127713
    **CODDINGTON, HICKS & DANFORTH**
2   **A Professional Corporation, Lawyers**
    555 Twin Dolphin Drive, Suite 300
3   Redwood City, California 94065-2133
    Tel.  (650) 592-5400
4   Fax. (650) 592-5027
    E-mail: rgrotch@chdlawyers.com
5
    **ATTORNEYS FOR** Defendants/Cross-Claimants
6   UNITED AIR LINES, INC. and
    UAL CORPORATION
7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11  J.C., an individual, and as Guardian Ad          No.   C 09-0747 SBA (JL) (MEJ)
    Litem for her child, S.C., a minor,
12                                                    MOTION FOR ADMINISTRATIVE
                  Plaintiff,                          RELIEF: REQUEST FOR
13                                                    CONTINUANCE OF STATUS
    vs.                                               CONFERENCE AND CLARIFICATION
14                                                    OF ORDER
    UAL CORPORATION, a Delaware
15  corporation; UNITED AIR LINES. INC..             Honorable Maria-Elena James
    a subsidiary of UAL CORPORATION and              Chief United States Magistrate Judge
16  a Delaware corporation; JACKSON
    SENYONGA, an individual; and DOES 1
17  through 25, inclusive,

18                Defendants.
    _____/
19
    AND RELATED CROSS-CLAIM
20  _____/

21          Pursuant to Civil Local Rule 7-11, defendants and cross-complainants UNITED AIR LINES,

22  INC. and UAL CORPORATION (hereinafter referred to collectively as "United") respectfully

23  submit this motion for administrative relief seeking (1) a continuance of the Status Conference re

24  Settlement, from June 10, 2010 to **June 17, 2010 at 10:00 a.m., in Courtroom B** and (2)

25  clarification of the Court's April 29, 2010 order (Doc. 83) with respect to who is required to attend

26  the Status Conference re Settlement.  ***Counsel for the all of the parties agree to the requested***

27  ***continuance and to the June 17, 2010 date; plaintiff, herself, has neither agreed nor disagreed.***

28  ///

    _____
    Motion for Administrative Relief  – C 09-0747 SBA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**I.**

**PROCEDURAL POSTURE**

On April 29, 2010, upon receipt of the parties' status conference statements regarding the settlement of this action, the Court scheduled a status conference for May 13, 2010. (Doc. 83).  The day before the scheduled conference, a request to continue the Status Conference was submitted on behalf of plaintiff "J.C." (Doc. 84).  Although plaintiffs' counsel advised that he was available to attend the conference, the plaintiff, herself, apparently was unable to do so.  (*Id.*)

On May 13, 2010, the Court granted the requested continuance and continued the Status Conference to June 10, 2010.  (Doc. 86).  Because of a calendar conflict posed by a long-scheduled mediation in another case in this Court, involving parties and principals traveling from across the country, United's counsel immediately contacted counsel for the other parties to ask if they would agree to have the Status Conference continued further by one week, to June 17, 2010.  Both counsel for plaintiffs and for defendant Jackson Senyonga ***agreed*** to that request.

Because the Status Conference was continued in the first instance because of plaintiff "J.C.'s" personal inability to attend on the initially scheduled date, United's counsel has asked plaintiffs' counsel, repeatedly, to advise whether the plaintiff would also agree to the one week postponement.  Since making that request, plaintiffs' counsel has confirmed his own availability and agreement to the continuance, but has indicated that he is unable to confirm whether or not his client will agree.

In order to raise this issue with the Court in a reasonably timely manner, and with no information apparently forthcoming from the plaintiff herself, United feels compelled to submit this request at this time.

**II.**

**REQUEST FOR ONE WEEK CONTINUANCE**

With the agreement of counsel – if not the plaintiff herself – United respectfully requests that the Status Conference re Settlement be continued from June 10, 2010 to June 17, 2010, at 10:00 a.m., in Courtroom B of this Court.

///

2

**CODDINGTON, HICKS**
**& DANFORTH**

## III.

## REQUEST FOR CLARIFICATION

In the Court's April 29, 2010 order (Doc. 83), the Court ordered "the ***parties*** to appear for a status conference." (Emphasis added).  Counsel for all the defendants interpreted that as requiring the parties to appear through their counsel of record.  It appears plaintiff "J.C." ***may have*** interpreted the Order as requiring the real parties, themselves, to attend.  While it is understandable that the plaintiff may wish to attend the status conference with her attorney, United simply seeks clarification as to whether its understanding – that only counsel are required to attend the Status Conference (as is customary) – is correct.

Dated:  May 20, 2010

Respectfully submitted,

CODDINGTON, HICKS & DANFORTH

/s/ *Richard G. Grotch*

_____
Richard G. Grotch
Attorneys for Defendants/Cross-Claimants
United Air Lines, Inc. and UAL Corporation

TO ALL COUNSEL AND PARTIES OF RECORD, this hearing shall be rescheduled for Thursday, June 24, 2010 at 10:00 a.m..  All parties who have the authority to settle this matter must attend.

DATED:  May 25, 2010



_____
Maria-Ele...
United St...

IT IS SO ORDERED

Judge Maria-Elena James

3

Motion for Administrative Relief – C 09-0747 SBA