UNITED STATES DISTRICT COURT

Northern District of California

J.C.,

            Plaintiff(s),            No. C 09-00747 SBA (MEJ)

   v.                                         **ORDER RE: SETTLEMENT**

UAL CORPORATION, et al.,

            Defendants.

_____/

      The Court is in receipt of Defendants UAL Corporation and United Airline's, Inc.'s counsel, dated July 16, 2010, regarding the settlement agreement in this case. Having reviewed the letter, the Court hereby ORDERS as follows: All parties must sign the settlement agreement, in the form to which the parties have agreed, within 14 days from the date of this Order. Defendants counsel shall then immediately perform their duties under the agreement as described in Defendants' counsel's letter. Defendants need not perform their duties prior to receipt of the signed settlement agreement.

     **IT IS SO ORDERED.**

Dated: July 26, 2010

                                                           _____

                                                           Maria-Elena James
                                                           Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California