UNITED STATES DISTRICT COURT

Northern District of California

J.C.,

              Plaintiff(s),              No. C 09-00747 SBA (MEJ)

  v.

UAL CORPORATION, et al.,           **ORDER RE: SETTLEMENT**

              Defendants.
_____/

The Court is in receipt of Defendants UAL Corporation and United Airline's, Inc.'s counsel's letter, dated July 16, 2010, regarding the settlement agreement in this case. Having reviewed the letter, the Court hereby ORDERS as follows: All parties must sign the settlement agreement, in the form to which the parties have agreed, within 14 days from the date of this Order. Defendants' counsel shall then immediately perform their duties under the agreement as described in the July 16 letter. Defendants need not perform their duties prior to receipt of the signed settlement agreement.

**IT IS SO ORDERED.**

Dated: July 26, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge