Richard G. Grotch, Esq. - SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax. (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendants/Cross-Claimants
UNITED AIR LINES, INC. and
UAL CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., an individual, and as Guardian Ad Litem for her child, S.C., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>UAL CORPORATION, a Delaware corporation; UNITED AIR LINES. INC.. a subsidiary of UAL CORPORATION and a Delaware corporation; JACKSON SENYONGA, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants.<br>_____/<br>AND RELATED CROSS-CLAIM<br>_____/ | No.  C 09-0747 SBA (JL) (MEJ)<br><br>STIPULATION AND  ORDER OF DISMISSAL AS TO UNITED AIR LINES, INC. AND UAL CORPORATION<br><br>Honorable Saundra Brown Armstrong<br>United States District Judge |

　　　IT IS HEREBY STIPULATED, by and between plaintiffs J.C., AN INDIVIDUAL, AND AS GUARDIAN AD LITEM FOR HER CHILD, S.C., A MINOR, and defendants UAL CORPORATION and UNITED AIR LINES, INC. (hereinafter collectively referred to as "United"), through their respective attorneys of record, that plaintiffs claims, and each of them, against United, be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

///

///

Stipulation and [Proposed] Order of Dismissal
C 09-0747 SBA (JL) (MEJ)

IT IS FURTHER STIPULATED that the claims against defendant and cross-defendant, JACKSON SENYONGA, by plaintiffs and cross-complainants United, shall not be dismissed by this stipulation and order.

SO STIPULATED.

Dated: July 22, 2010          THE DOLAN LAW FIRM

/s/ .

By:_____
     Michael J. DePaul
     Attorneys for Plaintiffs

Dated: July 27, 2010          CODDINGTON, HICKS & DANFORTH

/s/ .

By:_____
     Richard G. Grotch
     Attorneys for Defendants/Cross-Complainants United Air Lines, Inc. and UAL Corp.

Dated: July 27, 2010          ALLEN MATKINS

/s/ .

By:_____
     Michael J. Betz
     Attorneys for Defendant/Cross-Defendant Jackson Senyonga

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 29, 2010          _____
     Honorable Saundra Brown Armstrong
     United States District Judge

Stipulation and [Proposed] Order of Dismissal
C 09-0747 SBA (JL) (MEJ)

2