Richard G. Grotch, Esq. - SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax. (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Cross-Claimants
UNITED AIR LINES, INC. and
UAL CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., an individual, and as Guardian Ad Litem for her child, S.C., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>UAL CORPORATION, a Delaware corporation; UNITED AIR LINES. INC.. a subsidiary of UAL CORPORATION and a Delaware corporation; JACKSON SENYONGA, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants.<br>_____/<br>AND RELATED CROSS-CLAIM<br>_____/ | No. C 09-0747 SBA (JL) (MEJ)<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CROSS-COMPLAINT OF UNITED AIR LINES, INC. AND UAL CORPORATION<br><br>Honorable Saundra Brown Armstrong<br>United States District Judge |

    IT IS HEREBY STIPULATED, by and between cross-complainants UAL CORPORATION and UNITED AIR LINES, INC. (hereinafter collectively referred to as "United") and cross-defendant JACKSON SENYONGA (hereinafter referred to as "Senyonga"), through their respective attorneys of record, that United's cross-complaint against Senyonga, be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear his or its own costs and attorneys' fees.

///

///

Stipulation and [Proposed] Order of Dismissal
C 09-0747 SBA (JL) (MEJ)

SO STIPULATED.

Dated: October 8, 2010                    CODDINGTON, HICKS & DANFORTH

                                             /s/    *Richard G. Grotch*

By:_____
     Richard G. Grotch(*)
     Attorneys for Cross-Complainants
     United Air Lines, Inc. and UAL Corp.

Dated: October 6, 2010                    ALLEN MATKINS

                                             /s/    *Bryan Hawkins*

By:_____
     Michael J. Betz
     Bryan Hawkins
     Attorneys for Defendant/Cross-
     Defendant Jackson Senyonga

(*) I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 12, 2010          _____
                                       Honorable Saundra Brown Armstrong
                                       United States District Judge